# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEON NATHANIEL CHAMBERS,

    Plaintiff,

v.                                               Case No. 3:21cv677-MCR-HTC

DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 9, 2021. ECF Doc. 24. Plaintiff was furnished with a copy of the Report and Recommendation and was afforded an opportunity to file an objection pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 24), is adopted and incorporated by reference in this Order.

Case No.: 3:21cv677-MCR-HTC

2. This matter is DISMISSED without prejudice under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(ii) for Plaintiff's failure to state a claim on which relief may be granted.

3. The clerk is directed to close this file.

**DONE AND ORDERED** this 27th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**